FILED IN OPEN COURT
ON 4/15/2025 BRH
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:25-CR-89

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| ALEXANDER SANDOVAL | ) | |

The Grand Jury charges that:

COUNT ONE

Beginning on a date unknown to the Grand Jury but no later than in or about December 2022 and continuing up to and including the date of this indictment, in the Eastern District of North Carolina, the defendant, ALEXANDER SANDOVAL, did knowingly and intentionally combine, conspire, confederate, agree, and have a tacit understanding with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

COUNT TWO

On or about February 24, 2023, in the Eastern District of North Carolina, the defendant, ALEXANDER SANDOVAL, did knowingly and intentionally distribute

fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT THREE

On or about March 7, 2023, in the Eastern District of North Carolina, the defendant, ALEXANDER SANDOVAL, did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT FOUR

On or about March 7, 2023, in the Eastern District of North Carolina, the defendant, ALEXANDER SANDOVAL, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, as charged in Count Three of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

COUNT FIVE

On or about March 27, 2023, in the Eastern District of North Carolina, the defendant, ALEXANDER SANDOVAL, did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT SIX

On or about June 10, 2023, in the Eastern District of North Carolina, the defendant, ALEXANDER SANDOVAL, did knowingly and intentionally possess with

the intent to distribute five (5) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT SEVEN

On or about June 10, 2023, in the Eastern District of North Carolina, the defendant, ALEXANDER SANDOVAL, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, as charged in Count Six of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any felony violation of the Controlled Substances Act charged herein, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offense.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

The forfeitable property includes, but is not limited to, the following:

Personal Property

a) A .357 Taurus Revolver bearing serial number ADD270066 and related ammunition seized on June 10, 2023 from ALEXANDER SANDOVAL.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE: 4-15-2025

DANIEL P. BUBAR
Acting United States Attorney

BY: ALISON N. LESTER
Special Assistant United States Attorney